ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| King Aerospace Inc. | ) | ASBCA Nos. 59920, 59921, 59922 |
| | ) | |
| Under Contract No. W58RGZ-05-C-0302 | ) | |

APPEARANCE FOR THE APPELLANT:     Colin G. Martin, Esq.
                                  Dallas, TX

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                  DCMA Chief Trial Attorney
                                  Cara A. Wulf, Esq.
                                  Trial Attorney
                                  Defense Contract Management Agency
                                  Boston, MA

ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 18 July 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59920, 59921, 59922, Appeals of King Aerospace Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals